

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00002-CV

Vipul **SHAH**, M.D.,
Appellant

v.

Rosalinda **BECERRA**, Individually and as Personal Representative of the Estate of Ramon
Becerra, Deceased, Norma Becerra, and Ramon Becerra Jr.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-25919
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We
ORDER all costs of the appeal assessed against appellant, Vipul Shah, M.D.

SIGNED February 10, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice